BERGEN COUNTY LAND CORPORATION, PLAINTIFF-RE-
SPONDENT, v. JAMES LAURIA, *ET AL.*, DEFENDANTS-
PETITIONERS.

*Mr. Edwin A. A. Muller* and *Mr. James A. Major* for the
petitioners.

*Mr. William D. Gorgone* for the respondent.

February 24, 1964. Denied.

TULIP REALTY CORPORATION, PLAINTIFF-PETITIONER,
v. BOROUGH OF CLIFFSIDE PARK, *ET AL.*, DEFEND-
ANTS-RESPONDENTS.

*Mr. Nicholas S. Schloeder* for the petitioner.

February 24, 1964. Denied.